UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-61924-MD

**NELSON FERNANDEZ**,

Plaintiff,

vs.

**2200 SPA HOLDING GROUP, LLC,**
**d/b/a EVARA BEACH SPA,**
**a Florida limited liability company,**

Defendant.
___________________________________/

## JOINT NOTICE OF SETTLEMENT

Plaintiff NELSON FERNANDEZ and Defendant 2200 SPA HOLDING GROUP, LLC, d/b/a EVARA BEACH SPA, through their respective undersigned counsel, pursuant to Local Rule 16.4, hereby provide notice that the parties have reached a settlement and are in the process of reducing the settlement to a written agreement and to filing the necessary dismissal document. The parties request that they be given twenty (20) days to finalize their settlement agreement and to file the appropriate dismissal document.

Respectfully submitted,

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
8751 W. Broward Blvd., Suite 303
Plantation, FL 33324
T. 954/362-3800
954/362-3779 (Facsimile)
Email: rhannah@rhannahlaw.com

By *s/ Roderick V. Hannah*
RODERICK V. HANNAH
Fla. Bar No. 435384

**LAW OFFICE OF PELAYO DURAN, P.A.**
Co-Counsel for Plaintiff
4355 N.W. 36th Street
Virginia Gardens FL 331
T. 305/266-9780
305/269-8311 (Facsimile)
Email:duranandassociates@gmail.com

By *s/ Pelayo M. Duran*
PELAYO M. DURAN
Fla. Bar No. 0146595

**MANSFIELD, BRONSTEIN & STONE, LLP**
Counsel for Defendant
Broward Financial Center
200 E. Broward Boulevard, Suite 1250
Fort Lauderdale, FL 33301
T. (954) 601-5600
Email: robert@mblawpa.com

By __s/ *Robert J. Mansen*________
ROBERT J. MANSEN
Fla. Bar No. 102737