**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-61924-CIV-DAMIAN**

**NELSON FERNANDEZ**,

Plaintiff,

v.

**2200 SPA HOLDING GROUP, LLC**
**d/b/a EVARA BEACH SPA**,

Defendant.
_________________________________/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court upon Plaintiff, Nelson Fernandez's ("Plaintiff"), Notice of Voluntary Dismissal With Prejudice [ECF No. 9], pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), filed on December 23, 2024. Being fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. This matter is **DISMISSED WITH PREJUDICE** in accordance with Plaintiff's Notice;
2. Each party shall bear its own fees and costs; and
3. This case shall remain **CLOSED** (*see* ECF No. 8).

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 2nd day of January 2025.

_________________________________
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**